UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARRY FARM TENANTS AND ALLIES ASSOCIATION, INC., *et. al.* ) ) ) ) Plaintiffs, ) ) v. ) ) DISTRICT OF COLUMBIA HOUSING AUTHORITY, *et.al.* ) ) ) Defendants. ) ) | Civil Action No. 17-1762 (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

**ORDERED** that the defendants' motions to dismiss the plaintiffs' complaint are **GRANTED**; and it is further

**ORDERED** that the plaintiffs' motion for a preliminary injunction, which encompasses the same now-dismissed claims, is **DENIED AS MOOT**; and it is further

**ORDERED** that the plaintiffs' motion for a briefing schedule and hearing is **DENIED AS MOOT**; and it is further

**ORDERED** that this case is **DISMISSED**. This is a final, appealable Order.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**April 30, 2018**