IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY FARM TENANTS AND ALLIES ASSOCIATION, INC., *et al,*<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA HOUSING AUTHORITY, *et al*,<br><br>  Defendants. | Case No.: 1:17-CV-01762-EGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS CO-COUNSEL OF RECORD FOR ALL PLAINTIFFS

PLEASE TAKE NOTICE that Matthew Keith Handley, co-counsel of record for the Plaintiffs in the above-captioned action, hereby gives notice, pursuant to Local Civil Rule 83.6(b), of his withdrawal as co-counsel of record for the Plaintiffs in the above-captioned action.  Mr. Handley will no longer be associated with the Washington Lawyers' Committee for Civil Rights and Urban Affairs. [1]

Plaintiffs will continue to be represented by attorneys of record at Foley & Lardner LLP and the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

---

[1] Under Local Civil Rule 83.6(b), counsel's withdrawal can be effected by filing a Notice of Withdrawal, where, as here, no trial date has been set and "another attorney has previously entered an appearance on behalf of the party." LCvR 83.6(b). While the Local Rule also calls for such Notice to be signed by the represented party, it is respectfully submitted that this requirement should not be required here given the fact that Plaintiffs remain represented by able and experienced counsel.

Dated: May 18, 2018                    Respectfully submitted,

/s/ Matthew K. Handley
Matthew K. Handley (DC Bar No. 489946)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1000
Matthew_Handley@washlaw.org

*Co-counsel for all Plaintiffs*